RECEIVED

AUG 1 8 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN BRIDGET, SR.<br>LA. DOC #191215<br>VS. | CIVIL ACTION NO. 6:15-0293<br><br>SECTION P<br><br>JUDGE DOHERTY |
| LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the instant action be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 18th day of August, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE